1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARIA LOURDES DELA TORRE,              Case No.  1:23-cv-01160-BAM

12              Plaintiff,                   **ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER**

13        v.

14   KILOLO KIJAKAZI, Commissioner of
     Social Security,                        (Doc. 2)

15
                Defendant.
16

17

18        Pending before the Court is Plaintiff Maria Lourdes Dela Torre's ("Plaintiff") application

19   to proceed *in forma pauperis* under 28 U.S.C. § 1915.  (Doc. 2.)  Plaintiff has made the showing

20   required by § 1915, and the request to proceed *in forma pauperis* will be granted.  28 U.S.C. §

21   1915(a).

22        ///

23        ///

24        ///

25        ///

26        ///

27        ///

28

                                    1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2. The Clerk of the Court is directed to issue new case documents, including the Scheduling Order;

3. The Clerk of the Court also is directed to issue summons and service shall proceed under the Court's E-Service program with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:   **August 4, 2023**                    /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE