PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
FRANCO L. BECIA, WA BAR #26823
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2114
Fax: (206) 615-2531
Email: Franco.L.Becia@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# (FRESNO)

| | |
|---|---|
| MARIA LOURDES DELA TORRE,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:23-cv-01160-JLT-BAM<br><br>REQUEST and [PROPOSED] ORDER FOR AN EXTENSION OF TIME [FIRST REQUEST] |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Complaint be extended from October 3, 2023, up to and including November 9, 2023. This is the Defendant's first request for an extension. Defendant requests this extension because Defendant has been notified that the certified administrative transcript (CAR) is not yet available in this case and more time is required to complete it. Defendant therefore cannot respond to

Plaintiff's Complaint. Once the CAR arrives, Defendant will need to review it for defects before submitting it. For these reasons, Defendant asks the Court to approve this unopposed motion and extend the deadline to file a response to Plaintiff's Complaint. Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 26, 2023            /s/ *Jonathan Omar Pena**
                                     (*as authorized via e-mail on 9/26/2023)
                                     Jonathan Omar Pena
                                     Attorney for Plaintiff

Dated: September 26, 2023            PHILLIP A. TALBERT
                                     United States Attorney
                                     MATHEW W. PILE
                                     Associate General Counsel
                                     Social Security Administration

                            By:      /s/ *Franco L. Becia*
                                     Franco L. Becia
                                     Special Assistant U.S. Attorney
                                     Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including November 9, 2023, to respond to Plaintiff's Complaint. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **September 27, 2023**              /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE