PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOURDES DELA TORRE,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:23-cv-01160-JLT-BAM<br><br>STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from April 10, 2024 to May 10, 2024. Defendant respectfully requests this because counsel has been summonsed for jury duty the week of April 8, 2024. Counsel does not know yet whether he will serve on a jury, but is seeking an extension out of an abundance of caution.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall file a responsive brief on or before May 10, 2024;

- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before May 24, 2024).

Respectfully submitted,

DATE: April 8, 2024  /s/ Jonathan Pena*
JONATHAN PENA
Attorney for Plaintiff
(* approved via email on 4/5/24)

PHILLIP A. TALBERT
United States Attorney

DATE: April 8, 2024   By   s/ Marcelo Illarmo
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

### ORDER

Pursuant to the parties' stipulation, and good cause appearing, Defendant shall file a responsive brief on or before May 10, 2024. Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before May 24, 2024).

IT IS SO ORDERED.

Dated:   **April 9, 2024**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE