UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOURDES DELA TORRE,<br><br>   Plaintiff,<br><br> v.<br><br>MARTIN O'MALLEY[1],<br>Commissioner of Social Security,<br><br>   Defendant. | Case No.: 1:23-cv-1160 JLT BAM<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TERMINATING PLANTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT<br><br>(Docs. 19, 23)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF MARIA LOURDES DELA TORRE AND AGAINST DEFENDANT MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY |

  Maria Lourdes Dela Torre and Martin O'Malley, Commissioner of Social Security, stipulated to a voluntary remand of Plaintiff's application for benefits for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 23.) Pursuant to the stipulation of the parties, "the Commissioner will offer Plaintiff the opportunity for a hearing; develop the record as necessary; and issue a new decision." (*Id*.) The parties also stipulated that the final decision of the Commissioner denying benefits is reversed, and judgment shall be entered in favor of Plaintiff and against the Defendant. (*Id*. at 2.) Based upon the terms of the stipulation, the Court **ORDERS**:

  1.  The matter is **REMANDED** for further administrative proceedings under sentence four

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Martin O'Malley for Kilolo Kijakazi as the defendant in this action.

1

of 42 U.S.C. § 405(g).

2. Plaintiff's motion for summary judgment (Doc. 19) is terminated as **MOOT**.

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff Maria Lourdes Dela Torre and against Defendant Martin O'Malley, the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **May 8, 2024**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE